Looker v. Peckwell.

---

ALEXANDER T. LOOKER, PLAINTIFF IN ERROR, v. JAMES PECKWELL, DEFENDANT IN ERROR.

THE CHANCELLOR.   The judgment of the Supreme Court in this case is affirmed, for the reasons given by that court in their opinion, (9 *Vroom* 253.)

*For   affirmance*—THE   CHANCELLOR,   DIXON,   KNAPP, REED, SCUDDER, WOODHULL, DODD, GREEN, LILLY, WALES.   10.

*For reversal*—None.